## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>**JOHN HOLROYD,** )<br>)<br>Defendant. )<br>) | 4:11MJ3052<br><br>DETENTION ORDER<br><br>COMPLAINT |

The defendant waived the right to a preliminary hearing and a detention hearing and agreed to detention at this time. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED that the above-named defendant shall be detained pending further order of the court.

November 4, 2011                    BY THE COURT:

*s/Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge