# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America )
v. )
John Holroyd )
) Case No: 4:11CR3120
) USM No: 24488-047
Date of Original Judgment: 06/07/2012 )
Date of Previous Amended Judgment: 10/07/2014 ) David F. Eaton
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___60 months (30 months___ ~~months~~ **is reduced to** ___50 months (25 months___ .

concurrent and 30 months *(Complete Parts I and II of Page 2 when motion is granted)* concurrent and 25 months
consecutive to Hall Co. District consecutive to Hall Co. District
Court Case No. CR11-225) Court Case No. CR11-225)

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated ___10/07/2014___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___02/09/2016___                    s/ Richard G. Kopf
                                                *Judge's signature*

Effective Date: ___11/01/2015___              Richard G. Kopf, Senior United States District Judge
         *(if different from order date)*       *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

John Holroyd

DEFENDANT:

CASE NUMBER:  4:11CR3120

DISTRICT:  District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:  25          Amended Total Offense Level:  23

Criminal History Category:  V          Criminal History Category:  V

Previous Guideline Range:  100  to  125  months  Amended Guideline Range:  84  to  105  months

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

Filing no. 70 is granted as provided herein.