IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3120 |
| v. | ) | |
| JOHN HOLROYD, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to modify sentence (filing no. 72) is denied.

(2) The defendant's motion for leave to proceed in forma pauperis (filing no. 73) is granted.

DATED this 18th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge